**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

LAZARO ARMAS,

    Plaintiff,

v.                                                                                    CASE NO. 2:10-CV-409-FtM-36DNF

J. PEACEFUL, L.C., a Florida Corporation
doing business as Town Market, GEORGES
CHAMI, an individual,

    Defendants.

_____/

## **ORDER**

      **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on December 10, 2010 (Dkt. 42) recommending that the Court approve the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 41). Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 42) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Stipulation of Dismissal with Prejudice (Dkt. 41) is **GRANTED**. The Settlement Agreement (Dkt. 41, Ex. 1) is **APPROVED**. The Court retains jurisdiction of this matter for thirty (30) days to enforce the terms of the Settlement Agreement.

3) The clerk is directed to terminate any pending motions/deadlines, dismiss this action with prejudice, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 27, 2010.

Charlene Edwards Honeywell
United States District Judge

Copies to:
United States Magistrate Judge Douglas N. Frazier
Counsel of Record